# United States Bankruptcy Court
## Middle District of Florida

In re   **Shuler Construction, Inc.**                                              Case No.   **09-ap-0640-PMG**
                                                        Debtor(s)                  Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Shuler Construction, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

_____1/11/10_____                    _____
Date                                     Kevin B. Paysinger 0056742
                                         Signature of Attorney or Litigant
                                         Counsel for   Shuler Construction, Inc.
                                         Bankruptcy Law Firm
                                         of Lansing J. Roy, P.A.
                                         PO Box 10399
                                         Jacksonville, FL 32247-0399
                                         904-391-0030 Fax:904-391-0031
                                         information@jacksonvillebankruptcy.com