IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

SHULER CONSTRUCTION, INC.          Case No.: 3:09-bk-10304-PMG
                                   Chapter 11

    Debtor.
_____

SHULER CONSTRUCTION, INC.

    Plaintiff,                     Adversary No.: 3:09-bk-00640-PMG
vs.

WHEEL GROUP, INC. d/b/a
WHEEL LEASING, a Florida Corporation,

    Defendant.
_____/

## PLAINTIFF'S MOTION (A) TO STRIKE DEFENDANT'S ANSWERS, (B) FOR THE ENTRY OF DEFAULT, AND (C) FOR THE ENTRY OF DEFAULT JUDGMENT

Comes now, Shuler Construction, Inc. ("Plaintiff"), and files this Motion (A) to Strike Defendant's Answers, (B) for the Entry of Default, and (C) for the entry of Default Judgment. In support of this motion, Plaintiff states the following:

### BACKGROUND

1. Plaintiff, Shuler Construction, Inc., is a Debtor and Debtor-in-Possession under Chapter 11 of Title 11 in the above captioned case.

2. Plaintiff brought this adversary proceeding against Wheel Group, Inc ("Defendant") by way of complaint filed on December 17, 2009.

3. Schuyler S. Smith filed a Notice of Appearance on behalf of the Defendant on February 11, 2010 and filed a Motion to Dismiss on behalf of the Defendant on the same date.

2

4. Pursuant to this Court's order dated April 20, 2010 Debtor filed its Amended Complaint on May 6, 2010 initiating the present adversary proceeding which is related to the above captioned case and concerns property of the estate in that case.

5. On June 16, 2010 Mr. Smith filed an Answer to the Amended Complaint on behalf of the Defendant.

6. This Court issued an Order Scheduling Final Evidentiary Hearing on Complaint on August 4, 2010 setting the final evidentiary hearing for Tuesday, November 23, 2010 at 1:30pm.

7. On October 21, 2010, Mr. Smith filed a Motion to Withdraw as Counsel (the "Motion to Withdraw") and a hearing was scheduled for November 23, 2010.

8. Plaintiff filed a Motion to Continue/Reschedule the Final Evidentiary Hearing on October 28, 2010. Subsequently, the Court granted Defendant's Motion to Continue/Reschedule and set the final evidentiary hearing for February 4, 2011.

9. In an Order dated December 1, 2010 (the "Court Order") the Court granted the Motion to Withdraw filed by Mr. Smith and ordered the Defendant to obtain new legal counsel within twenty (20) days.

10. Copies of the Court Order were furnished to the Defendant, and George A. Reimer, Defendant's in-house legal counsel.

11. As of the date of this Motion, no new counsel has filed an appearance on behalf of Defendant in this proceeding and Defendant has not sought an extension of time in which to obtain new counsel.

**RELIEF REQUESTED**

12. It is well settled in both case law and by Local Rule 2.03(e), M.D. Fla., that a corporation

must be represented by legal counsel, and an officer or director of a corporation may not represent the corporation in legal proceedings unless they are personally admitted to practice law in that state. <u>Citadel Commerce Corp. v. Cook Sys., LLC</u>, 2009 U.S. Dist. LEXIS 60139, 8-9 (M.D. Fla. June 26, 2009); <u>In re Rhodes</u>, Inc.), 2007 Bankr. LEXIS 3713 (Bankr. N.D. Ga. Oct. 18, 2007).

13. The Plaintiff, pursuant to Bankruptcy Rule 7012, Rule 55 of the Federal Rules of Civil Procedure, and M.D. FLA. L.B.R. 7055-2, respectfully requests this Court strike Defendant's Answer and enter a default and default judgment against the Defendant for failure to retain counsel pursuant to the Court Order.

**WHEREFORE**, as the time period for the Defendant to obtain new counsel pursuant to the Court Order has passed, Defendant has neither responded or presented evidence of new counsel, Defendant has not requested an extension of time to obtain new counsel, and service has been duly effectuated on the Defendant, Plaintiff respectfully requests this Court strike Defendant's Answer and enter a default and default judgment against the Defendant for failure to retain counsel pursuant to the Court Order.

Dated this 3rd day of January, 2011

        **BANKRUPTCY LAW FIRM OF**
        **LANSING J. ROY, P.A.**

        <u>/s/ Kevin B. Paysinger</u>
        **Lansing J. Roy, Esquire**
        Florida Bar No. 120716
        **Kevin B. Paysinger, Esquire**
        Florida Bar No. 0056742
        Attorney for Debtor
        P.O. Box 10399
        Jacksonville, FL 32247-0399
        (904) 391-0030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was sent on this 3rd day of January, 2011 to the United States Trustee and to the following parties by United States First Class mail:

William M. Heiden, President
Wheel Group, Inc.
11900 Biscayne Blvd, Suite 304
Miami, FL  33181

                                      **BANKRUPTCY LAW FIRM OF**
                                      **LANSING J. ROY, P.A.**


                                      **/s/ Kevin B. Paysinger**
                                      **Kevin B. Paysinger, Esquire**
                                      Florida Bar No. 0056742
                                      Attorney for Debtor
                                      P.O. Box 10399
                                      Jacksonville, FL 32247-0399
                                      (904) 391-0030